IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 14-13498-ref |
|---|---|
| JEREMY MICHAEL BOLLES and RYAN MARIE BOLLES, | Chapter 13 |
| Debtors, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Notice of Mortgage Payment Change under Proof of Claim **(Doc. #20-1)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change under Proof of Claim (including attachments) **(No. 20-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to the **Notice of Mortgage Payment Change under Claim No. 20-1 on the Claims Register forthwith**.

**Green Tree Servicing, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before January 28, 201**7.

Dated:_____

**Date: January 18, 2017**

BY THE COURT:

_____
Hon. Judge Richard E. Fehling
U.S. Bankruptcy Court Judge