United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-13498-ref
Jeremy Michael Bolles                                                     Chapter 13
Ryan Marie Bolles
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR            Page 1 of 1         Date Rcvd: Jan 18, 2017
                         Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2017.
db/jdb         +Jeremy Michael Bolles,   Ryan Marie Bolles,   428 S. Northampton St.,   Bangor, PA 18013-2040
cr            #+Bangor Borough Authority,   P.O. Box 51,   58 Market Street,   Bangor, PA 18013-1942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2017 01:55:18      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          JEREMY MICHAEL BOLLES    on behalf of Debtor Jeremy Michael Bolles lawoffice.jmbolles@gmail.com
          JEREMY MICHAEL BOLLES    on behalf of Joint Debtor Ryan Marie Bolles lawoffice.jmbolles@gmail.com
          JOHN MOLNAR    on behalf of Creditor    Bangor Borough Authority molnar@ptd.net,
           G25801@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC, bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    Green Tree Servicing LLC, paeb@fedphe.com
          PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing LLC, pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 14-13498-ref |
|---|---|
| JEREMY MICHAEL BOLLES and RYAN MARIE BOLLES, | Chapter 13 |
| | Doc. No. |
| Debtors, | |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Notice of Mortgage Payment Change under Proof of Claim **(Doc. #20-1)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change under Proof of Claim (including attachments) **(No. 20-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to the **Notice of Mortgage Payment Change under Claim No. 20-1 on the Claims Register forthwith**.

**Green Tree Servicing, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before January 28, 2017**.

Dated:_____

**Date: January 18, 2017**

BY THE COURT:

_____
Hon. Judge Richard E. Fehling
U.S. Bankruptcy Court Judge